THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(1), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Timothy Anderson, Appellant.
 
 
 

Appeal From Spartanburg County
 Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2004-UP-596
Submitted November 1, 2004  Filed November 30, 2004   

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Timothy Anderson appeals his plea of guilty to driving under suspension and felony driving under the influence causing death arguing the trial judge failed to adequately advise him of his constitutional rights in violation of Boykin v. Alabama, 395 U.S. 238 (1969).  Andersons counsel attached to the final brief a petition to be relieved as counsel, stating she had reviewed the record and concluded this appeal lacks merit.  Anderson filed a separate pro se response.  After a thorough review of the record, counsels brief, and Andersons pro se brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.